UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MARK A. CAMPBELL A/K/A
NICOLE ROSE CAMPBELL,
Plaintiff,
v.                                          Case No. 16-cv-261-jdp
KEVIN KALLAS, et al.,
Defendant.

DECLARATION OF FELICIA LEVINE, LCSW

I, Felicia Levine, LCSW, state and declare as follows:

1.      I am an adult resident of the State of Florida, with a residential address of 295 N.W. 36th Ave., Deerfield Beach, FL 33442. I make this declaration based on personal knowledge.

2.      I was engaged by Husch Blackwell LLP to provide services as an expert witness in the above-captioned case.

3.      My expert report is attached as Exhibit A. It includes a complete statement of all opinions prepared to date that I will express and the basis and reasons for them; the facts or data I considered in forming those opinions; and any exhibits prepared to date that I will use to summarize or support those opinions.

4.      My curriculum vitae is attached as Exhibit B. It includes my qualifications and all publications I have authored in the previous 10 years.

5.      During the previous 4 years, I have not testified as an expert at trial or by deposition.

6.      I am providing services pro bono in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 16, 2017.

_Felicia Levine, LCSW_

Felicia Levine, LCSW