UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MARK A. CAMPBELL A/K/A NICOLE
ROSE CAMPBELL,

        Plaintiff,

       v.                              Case No. 16-cv-261-jdp

KEVIN KALLAS et al.,

        Defendant.

---

### DECLARATION OF JOSLYN N. BENRUD

---

I, Joslyn N. Benrud, state and declare as follows:

1. I am an adult resident of the State of Wisconsin and a paralegal with the law firm Husch Blackwell, LLP with an address of 33 East Main Street, Suite 300, Madison, Wisconsin, 53703.

2. Under the supervision of her attorneys, I am working for Plaintiff Mark A. Campbell a/k/a Nicole Rose Campbell in the above-captioned case.

3. Attached to this declaration as **Exhibit 1** is a true and correct copy of the Defendants' Response to Plaintiff's First Set of Interrogatories to Defendants dated August 24, 2017, and marked in the deposition of Kevin Kallas as exhibit no. 5.

4. Attached to this declaration as **Exhibit 2** is a true and correct copy of the Defendants' Response to Plaintiff's First Requests for Admission to Defendants dated July 25, 2017.

5. Attached to this declaration as **Exhibit 3** is a true and correct copy of the Defendants' Response to Plaintiff's Second Request for Admissions dated January 5, 2018.

MIL-29073990-1

6. Attached to this declaration as **Exhibit 4** is a true and correct copy of Wisconsin Department of Corrections – Division of Adult Institutions Policy No. 500.70.27 (the "Policy") dated December 19, 2011, which was previously produced in discovery with bates nos. DEFS' RESP TO RPOD 000790–96 and marked in the deposition of Cynthia Osborne as exhibit no. 36.

7. Attached to this declaration as **Exhibit 5** is a true and correct copy of the Policy dated March 4, 2013, which was previously produced in discovery with bates nos. DEFS' RESP TO RPOD 000797–803.

8. Attached to this declaration as **Exhibit 6** is a true and correct copy of the Policy dated May 30, 2013, which was previously produced in discovery with bates nos. DEFS' RESP TO RPOD 000804–10.

9. Attached to this declaration as **Exhibit 7** is a true and correct copy of the Policy dated April 16, 2014, which was previously produced in discovery with bates nos. DEFS' RESP TO RPOD 000811–18 and marked in the deposition of Cathy Jess as exhibit no. 28.

10. Attached to this declaration as **Exhibit 8** is a true and correct copy of the Policy dated March 4, 2015, which was previously produced in discovery with bates nos. DEFS' RESP TO RPOD 000819–27 and marked in the deposition of Kevin Kallas as exhibit no. 12.

11. Attached to this declaration as **Exhibit 9** is a true and correct copy of the Policy dated November 1, 2017, which was previously produced in discovery with bates nos. DEFS 003199–208.

12. Attached to this declaration as **Exhibit 10** is a true and correct copy of a Gender Dysphoria Consultation Report by Cynthia Osborne dated August 4, 2014, which was previously produced in discovery with bates nos. PSU Records 000564–91 and marked in the deposition of Kevin Kallas as exhibit no. 17.

13. Attached to this declaration as **Exhibit 11** is a true and correct copy of the World Professional Association for Transgender Health's *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People* (the WPATH Standards of Care) version 7, retrieved from http://www.wpath.org/site_page.cfm?pk_association_webpage_menu=1351&pk_association_webpage=3926, which was previously marked in the deposition of Cynthia Osborne as exhibit no. 33.

14. Attached to this declaration as **Exhibit 12** is a true and correct copy of excerpts of the trial transcript in *Fields v. Frank*, U.S. District Court for the Eastern District of Wisconsin case no. CV-06-0112 dated October 23, 2007, which was previously marked in the deposition of Kevin Kallas as exhibit no. 3.

15. Attached to this declaration as **Exhibit 13** is a true and correct copy of a National Commission on Correctional Healthcare website page entitled "Transgender, Transsexual, and Gender Nonconforming Health Care in Correctional Settings," dated October 18, 2009 and revised April 2015, retrieved on August 31, 2017, from https://www.ncchc.org/transgender-transsexual-and-gender-nonconforming-health-care, which was previously marked in the deposition of Kevin Kallas as exhibit no. 4.

16. Attached to this declaration as **Exhibit 14** is a true and correct copy of an Interview/Information Request dated September 23, 2013, which was previously produced in discovery with bates nos. DEFS' RESP TO RPOD 003121 and marked in the deposition of Kevin Kallas as exhibit no. 27.

17. Attached to this declaration as **Exhibit 15** is a true and correct copy of a letter to Campbell signed by Kevin Kallas dated September 25, 2013, which was previously produced in

3

discovery with bates nos. DEFS' RESP TO RPOD 000061 and marked in the deposition of Kevin Kallas as exhibit no. 18.

18. Attached to this declaration as **Exhibit 16** is a true and correct copy of a letter to Campbell signed by Kevin Kallas dated October 23, 2014, which was previously produced in discovery with bates nos. DEFS' RESP TO RPOD 000096 and marked in the deposition of Kevin Kallas as exhibit no. 20.

19. Attached to this declaration as **Exhibit 17** is a true and correct copy of a letter to Campbell signed by Kevin Kallas dated April 27, 2015, which was previously produced in discovery with bates nos. DEFS' RESP TO RPOD 000101 and marked in the deposition of Kevin Kallas as exhibit no. 22.

20. Attached to this declaration as **Exhibit 18** is a true and correct copy of Offender Complaint No. 5006 with its related documents, which were previously produced in discovery and marked in the deposition of Kevin Kallas together as exhibit no. 23, ordered chronologically and with bates nos. DEFS' RESP TO RPOD 000127–28, 114–117, 130, 118–21.

21. Attached to this declaration as **Exhibit 19** is a true and correct copy of Offender Complaint No. 8180 with its related documents, which were previously produced in discovery and marked in the deposition of Kevin Kallas together as exhibit no. 24, ordered chronologically and with bates nos. DEFS' RESP TO RPOD 000140–43, 131, 144–45, 132–36.

22. Attached to this declaration as **Exhibit 20** is a true and correct copy Offender Complaint No. 8246 with its related documents, which were previously produced in discovery and marked in the deposition of Kevin Kallas together as exhibit no. 25, ordered chronologically and with bates nos. DEFS' RESP TO RPOD 000155–56, 146, 157–58, 147–51.

23. Attached to this declaration as **Exhibit 21** is a true and correct copy of Offender Complaint No. 8247 with its related documents, which were previously produced in discovery and marked in the deposition of Kevin Kallas together as exhibit no. 26, ordered chronologically and with bates nos. DEFS' RESP TO RPOD 000168–69, 159, 170–71, 160–64.

24. Attached to this declaration as **Exhibit 22** is a true and correct copy of the expert report of Dr. Chester Schmidt, dated July 13, 2017, retrieved from Public Access to Court Electronic Records, filed as ECF No. 165-3 in *Gulley-Fernandez v. Johnson*, U.S. District Court for the Eastern District of Wisconsin Case No. 15-cv-795-la.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 9th day of February, 2018.

                                              s/ *Joslyn N. Benrud*
                                              Joslyn N. Benrud
                                              HUSCH BLACKWELL LLP
                                              33 E. Main Street, Suite 300
                                              P.O. Box 1379
                                              Madison, Wisconsin 53701-1379
                                              608.255.4440
                                              608.258.7138 (fax)
                                              Joslyn.Benrud@huschblackwell.com