IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK A. CAMPBELL, ALSO KNOWN
AS NICOLE ROSE CAMPBELL,

    Plaintiff,

    v.                          Case No. 16-CV-261

KEVIN KALLAS, RYAN
HOLZMACHER, JAMES GREER, GARY
AKARLO, JEFF ANDERS, MARY
MUSE, MARK WEISGERBER, ROBERT
HABLE, CATHY A. JESS, AND CINDY
O'DONNELL,

    Defendants.

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that defendants Kevin Kallas, Ryan Holzmacher, James Greer, Gary Akarlo, Jeff Anders, Mary Muse, Mark Weisgerber, Robert Hable, Cathy A. Jess, and Cindy O'Donnell, by their attorneys, Attorney General Brad D. Schimel and Assistant Attorneys General Laure Rakvic-Farr, Timothy Barber, and Ann M. Peacock, hereby appeal to the U.S. Court of Appeals for the Seventh Circuit from the decision and order of U.S. District Court Judge James D. Peterson dated May 4, 2018, which denied Defendants' motion for summary judgment on the basis of qualified immunity and other grounds. The district court's denial of qualified immunity

is an immediately appealable final decision within the meaning of 28 U.S.C. § 1291. *Behrens v. Pelletier,* 516 U.S. 306–07 (1996).

Dated: May 11, 2018.

Respectfully submitted,

BRAD D. SCHIMEL
Attorney General of Wisconsin

s/ Laure Rakvic-Farr
LAURE RAKVIC-FARR
Assistant Attorney General
State Bar #1049540

TIMOTHY BARBER
Assistant Attorney General
State Bar # 1036507

ANN M. PEACOCK
Assistant Attorney General
State Bar #1046175

Attorneys for the Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0323 (Rakvic-Farr)
(608) 266-9230 (Peacock)
(608) 266-7234 (Barber)
(608) 267-8906 (Fax)
rakvic-farrlc@doj.state.wi.us
barbertm@doj.state.wi.us
peacockam@doj.state.wi.us