IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK A. CAMPBELL,
also known as NICOLE ROSE CAMPBELL,

    Plaintiff,

v.

KEVIN KALLAS, RYAN HOLZMACHER,
JAMES GREER, GARY ANKARLO, JEFF ANDERS,
MARY MUSE, MARK WEISGERBER,
ROBERT HABLE, CATHY A. JESS, and
CINDY O'DONNELL,

    Defendants.

ORDER

16-cv-261-jdp

Counsel for plaintiff Nicole Rose Campbell has filed a motion for clarification regarding the amended scheduling order. Dkt. 115. I agree that some clarification is necessary.

The parties should confer as required under section A of the standard procedures (Dkt. 30, at 38) before February 14, 2020. By February 14, the parties should submit the materials discussed in sections B, C, and D of the standard procedures, along with any motions in limine. The parties should respond to each other's submissions and motions in limine by February 28. Both sides should submit a trial brief no later than March 6.

Entered January 3, 2020.

    BY THE COURT:

    /s/

    _____
    JAMES D. PETERSON
    District Judge