IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK A. CAMPBELL a/k/a
NICOLE ROSE CAMPBELL,

   Plaintiff,

v.

BRIAN FOSTER, KEVIN KALLAS,
RYAN HOLZMACHER, JAMES GREER,
GARY ANKARLO, JEFF ANDERS,
MARY MUSE, MARK WEISGERBER,
ROBERT HABLE, CATHY A. JESS, and
CINDY O'DONNELL,

   Defendants.

Case No.  16-cv-261-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff dismissing this case.

| /s/ | 12/23/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |